## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GARY RHINES,

        Appellant

        v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, AND PENNSYLVANIA
DEPARTMENT OF CORRECTIONS,

        Appellees

:  No. 11 MAP 2020
:
:
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 114
:  MD 2019 dated January 30, 2020.
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**                          **DECIDED:  July 29, 2020**

      **AND NOW**, this 29th day of July, 2020, the Application for Summary Relief is GRANTED, and the Order of the Commonwealth Court is AFFIRMED.  The Application for Stay is DISMISSED AS MOOT.